STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LARRY L. BUTRICK
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 18 2000
at __ o'clock and __ min. __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR00-00412 SOM |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | [18 U.S.C. §§ 2244(a)(1), |
| JEFFREY A. PEREZ, | ) | 2244(a)(3), 2244(b) and (c)] |
| | ) | |
| Defendant. | ) | |
| | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about July 29, 2000, in the District of Hawaii, within the boundaries of the Aliamanu Military Reservation, an area within the special maritime and territorial jurisdiction of the United States, the defendant, JEFFREY A. PEREZ, did knowingly engage in sexual contact, to wit, the intentional touching

through the clothing of the genitalia, of A.S., a person who at that time had not attained the age of 12 years, with the intent to abuse, humiliate, harass and degrade A.S., and arouse and gratify the sexual desire of the defendant.

All in violation of Title 18, U.S.C. § 2244(a)(1).

## COUNT 2

The Grand Jury further charges:

On or about July 29, 2000, in the District of Hawaii, within the boundaries of Aliamanu Military Reservation, an area within the special maritime and territorial jurisdiction of the United States, JEFFREY A. PEREZ, denfendant herein, did knowingly engage in sexual contact, to wit, the intentional touching through the clothing of the genitalia, of K.S., who was at that time 13 years old, and at least four years younger than defendant, with the intent to abuse, humiliate, harass, and degrade K.S., and arouse and gratify the sexual desire of the defendant.

All in violation of Title 18, U.S.C. § 2244(a)(3).

## COUNT 3

The Grand Jury further charges:

On or about July 29, 2000, in the District of Hawaii, within the boundaries of the Aliamanu Military Reservation, an area within the special maritime and territorial jurisdiction of the United States, JEFFREY A. PEREZ, defendant herein, did

knowingly engage in sexual contact, to wit, the intentional touching through the clothing of the breast, of J.K-R., a person who at that time had not attain the age of 12 years, with the intent to abuse, humiliate, harass and degrade J.K-R., and arouse and gratify the sexual desire of the defendant.

All in violation of Title 18, U.S.C. § 2244(b) and (c).

DATED: 10/18/00 , at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, Grand Jury

_____
STEVEN S. ALM
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
LARRY L. BUTRICK
Assistant U.S. Attorney

United States v. Jeffrey A. Perez
"Indictment"
Cr. No. _____

3